| | |
|---|---|
| CHRISTOPHER P. BURKE, ESQ.<br>Nevada Bar No.:  004093<br>atty@cburke.lvcoxmail.com<br>218 S. Maryland Pkwy.<br>Las Vegas, NV 89101<br> (702) 385-7987<br>Attorney for Debtor | **ECF Filed on 10/6/25** |

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>MI SHEN GOLDBERG<br><br><br><br><br>Debtor. | Case No. 25-15215-MKN<br><br>Chapter: 13<br><br>**NOTICE OF HEARING ON CONFIRMATION OF CHAPTER 13 PLAN #1**<br><br>Hearing Date:  November 13, 2025<br>Hearing Time:  1:30 p.m. |

**NOTICE IS HEREBY GIVEN** that the hearing on confirmation of the plan #1 will be held on **November 13, 2025** at the hour of **1:30 p.m.**

Any objections to the plan shall be made in accordance with Fed. R. Bankr. P. 3015(f) and 9014, and Local Rule 9014. Any objection to confirmation of the plan must be filed and served prior to the confirmation hearing and if no timely objections are filed, the plan may be deemed to be filed in good faith.

---

If you object to the plan, you *must* file a **WRITTEN** response with the court. You *must* also serve your written response on the debtor, debtor's attorney, the trustee, and U.S. trustee.

If you do not file a written response with the court, or if you do not serve your written response on the persons named above, then:

- The court may *refuse to allow you to speak* at the scheduled hearing; and
- The court may *rule against you* without formally calling the matter at the hearing.

---

1

**NOTICE IS FURTHER GIVEN** that pursuant to Administrative Order 2020-14, all hearings are currently being held telephonically absent further order of the Court. The hearing will be held on **November 13, 2025** at **1:30 p.m.** Parties are permitted to appear telephonically by dialing **(833) 435-1820** and entering meeting ID: **161 418 4644** and entering access code or passcode **758837#**.

If you intend to participate at this hearing, please check the Court's website prior to the hearing for any updated instructions relating to the court participation number and access code You may view the Court Calendar at: https://www.nvb.uscourts.gov/calendars/court- calendars/. Select the hearing judge. Next click on the "calendar date" to view the hearing judge's dial-in number and meeting access codes

Dated:    10/6/25            /S/CHRISTOPHER P. BURKE, ESQ.
                             CHRISTOPHER P. BURKE, ESQ.