Christopher P. Burke, Esq.
Nevada Bar No.: 004093
atty@cburke.lvcoxmail.com
218 S. Maryland Pkwy.
Las Vegas, Nevada 89101
(702) 385-7987
Attorney for Debtor

ECF Filed on 3/17/26

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

MI SHEN GOLDBERG,

                              Debtor.

Case No.: 25-15215-MKN

Chapter 13

Hearing Date: N/A
Hearing Time: N/A

## STATEMENT OF RELATED CASES

COMES NOW, Debtor, Mi Shen Goldberg ("Goldberg" or "Debtor"), and files her Statement of Related Cases, pursuant to Local Rule 1015 and section 101(2).

## Related Cases:

That on October 1, 2024, Coronet Ceramics, Inc., filed a Chapter 11 bankruptcy case (Case No. 24-15153-MKN).

That on September 3, 2025, Debtor filed the instant Chapter 13 case (Case No. 25-15215-MKN).

## Statement of Relationship

That Goldberg's name is on the business, Coronet Ceramics, Inc.

Dated this 17TH day of March, 2026.

*/s/Christopher P. Burke, Esq.*
 Christopher P. Burke, Esq.
 Attorney for Debtor