CHRISTOPHER P. BURKE, ESQ.
Nevada Bar No.: 004093
*atty@cburke.lvcoxmail.com*
218 S. Maryland Pkwy.
Las Vegas, Nevada 89101
(702) 385-7987
Attorney for Debtor

*ECF Filed On* **3/23/26**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In Re:

MI SHEN GOLDBERG,

Debtor.

Case No. 25-15215-MKN

Chapter 13

Date: March 25, 2026
Time: 2:30 p.m.

**OBJECTION TO REBEL OIL COMPANY, INC.'S REPLY IN SUPPORT OF ITS OBJECTION TO CHAPTER 13 PLAN AND MOTION TO DISMISS CHAPTER 13 CASE (Dkt.#65)**

COMES NOW, Debtor, Mi Shen Goldberg ("Goldberg"), Objects to Creditor, Rebel Oil Company, Inc's ("Rebel") Reply in Support of its Objection to Chapter 13 Plan and Motion to Dismiss Chapter 13 Case, Motion to Dismiss Debtor's Voluntary Petition for Bankruptcy (Dkt.#65).

Goldberg filed her plan that was acceptable by the Trustee, with changes (Dk.# 24). However on February 12, 2026, Rebel opposed that plan (Dkt.#56). And Goldberg replied to that opposition (Dkt.#63). That should be the end of the pleadings. Thus, Goldberg objects to Rebel's Sur Opposition, because leave to file was not requested or granted. Therefore, Rebel's pleading should be stricken.

DATED this 23rd day of March, 2026.

RESPECTFULLY SUBMITTED:

/s/ Christopher P. Burke, Esq.
Christopher P. Burke, Esq.

1

## CERTIFICATE OF SERVICE

I hereby certify that the 23rd day of March, 2026, I caused the above and foregoing Objection to Creditor Rebel Oil Company, Inc's Reply in Support of its Objection to Chapter 13 Plan and Motion to Dismiss Chapter 13 Case, Motion to Dismiss Debtor's Voluntary Petition for Bankruptcy (Dkt.#65), to be sent by electronic notice through the Court's ECF program and/or depositing same in the United States Mail, first class, postage prepaid, in a securely sealed envelope and addressed to the last known address of the following:

Will Lemkul,
Christian Barton,
MORRIS, SULLIVAN, LEMKUL & TURTZO, LLP
3960 Howard Hughes Parkway, Suite 400
Las Vegas, NV 89169
lemkul@mslt.law
barton@mslt.law
Attorneys for Plaintiff
REBEL OIL COMPANY, INC.



*/s/ Adriana Pelayo*
Employee of
Christopher P. Burke, Esq.